UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       Case No.: 2:20-cv-940-FtM-38MRM

THOMAS L. DAVIDSON,

    Defendant.
_____/

## CONSENT DECREE AND FINAL JUDGMENT

Before the Court is Plaintiff United States of America and Defendant Thomas Davidson's Joint Stipulation to Entry of Consent Decree and Final Judgment ("Stipulation"). Plaintiff sues Defendant under the Fraud Injunction Statute, 18 U.S.C. § 1345, for violating (or about to violate) 18 U.S.C. §§ 1343 and 1344 by executing a scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent representations with the intent to defraud, using the United States mails and interstate or foreign wire communications. Defendant has waived service of the Summons and the Complaint. The Court has carefully reviewed the Stipulation.

Accordingly, it is now

**ORDERED:**

(1) This Court has jurisdiction over this matter and the parties pursuant to 18 U.S.C. § 1345 and 28 U.S.C. §§ 1331 and 1345. Venue is proper in this District under 28 U.S.C. § 1391(b) and (c).

(2) For purposes of this Consent Decree:

    a. "Defendant" means Thomas L. Davidson.

    b. "Person" means an individual, a corporation, a partnership, or any other entity.

    c. "Funds" include any currency, check, money order, stored value card, stored value card numbers, bank wire transmission, or other monetary value.

    d. "Prize promotion fraud" means a plan, program, promotion, or campaign that is conducted to mislead a prospective victim or victims to believe that they have won, or may or will win or receive, a sweepstakes, contest, lottery, prize, inheritance, money, property, or other thing of value, contingent on the victim providing, or providing a means of accessing or obtaining, any fee.

    e. "Money transmitting business" refers to a person who, for a fee, receives funds from one person for the purpose of transmitting the funds, or providing access to the funds, to another person.

    f. "Fee" refers to a payment or compensation of any kind regardless of how the payment or compensation is labeled, including but not limited to processing fees, service fees, expediting fees, purchase fees, nominal fees, symbolic payments, gifts and gratuities.

(3) Upon entry of this Decree, Defendant, Defendant's agents, officers, and employees, and all other persons and entities in active concert or participation with them are permanently prohibited and enjoined from, directly or indirectly, assisting, facilitating, or participating in:

    a. any prize promotion fraud; and

    b. any money transmitting business.

(4) On or before **December 14, 2020**, Defendant is **DIRECTED** to submit to U.S. Postal Inspector Mark D. Cavic written acknowledgement of receipt of this Consent Decree using the below address:

> U.S. Postal Inspector Mark D. Cavic
> U.S. Postal Inspection Service
> 14080 Jetport Loop
> Fort Myers, FL 33913

(5) This Consent Decree must not be modified except in writing by Plaintiff and the Defendant, and subject to the Court's approval.

(6) This Consent Decree constitutes a final judgment and order in this action.

(7) The Clerk is **DIRECTED** to enter judgment accordingly, terminate any pending deadlines, and close this file.

**DONE** and **ORDERED** in Fort Myers, Florida on December 2, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

4